# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY WADE SAUNDERS, <br><br> Petitioner, <br><br> v. <br><br> TERRY RAYBON, Warden of Holman Correctional Facility <br><br> Respondent. | Civil Action Number <br> 10-00439-KD-C <br><br> **Petitioner is under a sentence of death** <br><br> **No execution is currently scheduled** |

## NOTICE OF APPEAL

Notice is hereby given that Timothy Wade Saunders, Petitioner in the above-styled case, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order of August 20, 2020, denying his Motion to Grant Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6), this Court's Order of December 8, 2020, denying his Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e).

Respectfully submitted this 8th day of March, 2021.

>/s/Allyson R. duLac
Allyson R. duLac
Florida Bar No. 067944
Federal Defenders
817 S. Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Allyson_duLac@fd.org